

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

December 28, 2023

<u>VIA ECF</u>
Hon. Jennifer L. Rochon
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

  Re: *Ho v. Jaddou, et al.*, No. 23 Civ. 8769 (JLR)

Dear Judge Rochon:

  This Office represents the government in the above-referenced action. I write to respectfully request, pursuant to Rule 1.F of Your Honor's Individual Rules of Practice in Civil Cases, that the initial pretrial conference scheduled for January 18, 2024, be adjourned until after the government's pending motion to dismiss is resolved.

  On December 26, 2023, the government filed a motion to dismiss or, in the alternative, to transfer venue. For the reasons set forth in the government's motion papers, venue is improper in this district, and the case should either be dismissed or transferred to the United States District Court for the District of Columbia. Plaintiff's opposition is due on or before January 9, 2024, *see* Local Civ. R. 6.1(b)(2), though it is the government's understanding that plaintiff will seek an extension of that deadline. The government's reply brief will be due seven days after the filing of plaintiff's opposition. *See* Local Civ. R. 6.1(b)(3). Therefore, the government submits, an initial pretrial conference at this time is premature, and the conference, if necessary, should be adjourned until after the Court renders a decision on the government's motion.

  This is the government's first request for an adjournment of the initial pretrial conference, and plaintiff consents to the request.

I thank the Court for its consideration.

>Respectfully submitted,
>
>DAMIAN WILLIAMS
>United States Attorney for the
>Southern District of New York
>
>By:  /s/ Jessica F. Rosenbaum
>JESSICA F. ROSENBAUM
>Assistant United States Attorney
>Telephone: (212) 637-2777
>E-mail: jessica.rosenbaum@usdoj.gov

cc:  Counsel of record (via ECF)

The request is **GRANTED** in part.  The initial pretrial conference originally set for January 18, 2024 is adjourned until after the motion to dismiss is decided.

Dated:  December 29, 2023
        New York, New York

SO ORDERED.

*Jennifer Rochon*
JENNIFER L. ROCHON
**United States District Judge**